Philip E. Abromats (6-4035)
Philip E. Abromats, P.C.
P.O. Box 831
Greybull, WY 82426
(307) 765-4518
pabromats@outlook.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | CASE NO. L:25-PO-00349-SAH |
| ZANE M. GOODWIN,<br>Defendant. | ) | |

---

DEFENSE COUNSEL'S ENTRY OF APPEARANCE

---

COMES NOW Philip Abromats of Philip E. Abromats, P.C. and does hereby enter his appearance on behalf of the Defendant herein, Zane M. Goodwin.

DATED this 22d day of July 2025.

/s/ Philip E. Abromats

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defense Counsel's Entry of Appearance* was sent via CM/ECF to Ariel Calmes, AUSA, this 22d day of July 2025.

/s/ Philip E. Abromats