FILED
1:25 pm, 8/27/25
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

Zane M Goodwin

Defendant.

Case Number: L:25-PO-00349-SAH-1

**CRIMINAL MINUTE SHEET STATUS CONFERENCE**

☑ Status Conference Only ☑ This was a Telephonic Hearing

Date: 08/27/2025 Time: 11:00-11:05(x7) (Telephonic)

| | | | |
|---|---|---|---|
| Stephanie A. Hambrick | Jessica Jarvis | TEAMS | N/A |
| Judge | Clerk | Reporter | Law Clerk |
| N/A | N/A | | |
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s) Philip Abromats

Attorney(s) for Government Ariel Calmes

Other:

Set for Status Conference on 09/23/2025 at 2:00pm.