FILED
3:34 pm, 9/23/25
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | ☑ Violation Notice ☐ Information ☐ Complaint |
| vs<br>ZANE M GOODWIN<br>Defendant | Case Number L:25-PO-00349-SAH-1 |

Violation Charged: Failure to display license plates as required (1); Fleeing or Attempting to Elude Police Officers (Traffic) (2); Operating a vehicle w/o due care (careless operation) (3)

Citation Number (1)(E1649971) (2)(9125286) (3)(9125287)

Date Violation Notice Issued 06/24/2025 Place WGT

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 2:00-3:19 Interpreter N/A

Date September 23, 2025 Interpreter Telephone N/A

Before the Honorable Stephanie A. Hambrick

| | | |
|---|---|---|
| Jessica Jarvis | N/A | FTR |
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear Warrant issued on

☑ Appeared ☑ By telephone
☑ Voluntarily ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing Philip E Abromats
☐ FPD ☐ PANEL-CJA ☑ RETAINED

☐ Attorney waived

☐ Court orders case continued to at
reason:

☐ Bail is set at

☐ P/R-No Amount ☐ Unsecured ☐ Cash/Surety

☐ Conditions of release

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made ☐ orally ☐ in writing

☑ Informed of charges and rights Date September 23, 2025
☑ Defendant arraigned Date September 23, 2025
☑ Court accepts plea Defendant enters ☑ Guilty ☐ Not Guilty Plea
☐ Trial Witnesses

☑ Disposition
- ☐ Not Guilty
- ☑ Guilty 9125287
- ☑ Dismissed E1649971, 9125286 without prejudice
- ☐ Collateral Forfeited
- ☐ *Nolo Contendere*

☐ PSI ordered
☑ Sentence Date September 23, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☑ Probation for a period of two years
- ☐ With Supervision ☑ Without Supervision

☑ Special Conditions of Probation

Obey all laws, pay fines in full, keep contact information current with the court, ban from Grand Teton

☑ Fine 1000.00 Payable to CVB by 10/23/2025
☐ Restitution To
☐ Community Service To
☑ Special Assessment 10.00
☑ Processing fee: $ 30.00
☑ Defendant advised of right to appeal
☑ Other Abstract will be sent in. Written judgment to follow.